JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF BRYANT PUBLICATIONS, LLC; PEER INTERNATIONAL CORPORATION; PEERMUSIC III LTD.; GIBB BROTHERS MUSIC; CROMPTON SONGS,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOLLYWOOD BREWERY, LLC d/b/a BOOMTOWN BREWERY, KAGLEW MANAGEMENT LLC, ALEXANDROS KAGIANARIS and CHARLES LEW,<br><br>Defendants. | Case No. 2:24-cv-08597-JLS-SK<br><br>**FINAL JUDGMENT** |

The Court, having granted the motion for summary judgment of Plaintiff Broadcast Music, Inc. ("BMI"), on behalf of itself and House of Bryant Publications, LLC, Peer International Corporation, Peermusic III Ltd., Gibb Brothers Music, and Crompton Songs against Defendants The Hollywood Brewery, LLC d/b/a Boomtown Brewery, Kaglew Management LLC, Alexandros Kagianaris and Charles Lew, (Doc. 24), it is HEREBY ORDERED AND ADJUDGED:

1. Judgment is entered for Plaintiffs and against Defendants, jointly and severally, in the **total amount of $41,728.08**, which total amount includes an award of $29,700 in statutory damages for four counts of copyright infringement and an award of $12,028.08 for attorney's fees and costs. Interest shall accrue at the statutory rate from the date of the judgment.

2. Defendants are permanently enjoined from further infringement on Plaintiffs' copyrights.

DATED: October 3, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE